IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RODGER E. A. TAYLOR,

     Plaintiff,

vs.                                                                                     Civ. No. 15-243 KG/SCY
                                                                                           and
UNITED STATES OF AMERICA,                                       Cr. No. 14-503 KG

ORDER OF RECUSAL

     This matter comes before the Court *sua sponte*.  Due to the nature of the claims brought by Plaintiff in this lawsuit, the undersigned Judge determines that pursuant to 28 U.S.C. § 455(a) he should recuse from this case.

     IT IS ORDERED that

1.  the undersigned Judge is recused from this case; and

2.  the Clerk of the Court is directed to assign this matter to another District Court Judge.

UNITED STATES DISTRICT JUDGE